JANTZEN KNITTING MILLS, Inc., Plaintiff-Appellant, v. R. H. MACY & CO., Inc., Defendant-Respondent.

Circuit Court of Appeals, Second Circuit.
March 4, 1929.

No. 225.

Abraham J. Friedman, of New York City, for appellant.

Wise & Seligsberg, of New York City (Leon Lauterstein and Emanuel Dankowitz, both of New York City, of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed, with costs.